# United States District Court

DISTRICT OF **the Northern Mariana Islands**

UNITED STATES OF AMERICA,

  Plaintiff,

  V.

**OSCAR KING**

  Defendant.

**FILED**
Clerk
District Court

JUN 19 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**WARRANT FOR ARREST**

CASE NUMBER: CR 08 - 00019 - 002

To: The United States Marshal
  and any Authorized United States Officer

  YOU ARE HEREBY COMMANDED to arrest   **OSCAR KING**
                     Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy (Count 1)**
**Possession with intent to Distribute a Controlled Substance (Count 2)**

RECEIVED

JUN 19 2008

US MARSHAL CNMI

in violation of Title **21** United States Code, Section(s) **846, 841(a)(1), & 841(b)(1)(A)**

and in violation of Title ____ United States Code, Section (s) _____

**HONORABLE ALEX R. MUNSON**      **CHIEF JUDGE, DISTRICT COURT OF THE NMI**
Name of Issuing Officer               Title of Issuing Officer

*/s/ Alex R. Munson*       6-18-08      SAIPAN, CNMI
Signature of Issuing officer       Date and Location

Bail fixed at $ **NO BAIL**    by   */s/ Alex R. Munson*
                 Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at **Susupe, Saipan CNMI**
**CNMI Department of Corrections**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | W. Calvert | |
| DATE OF ARREST | CIDUSM #3056 USM D/NMI | |

## MESSAGE CONFIRMATION

JUN-18-2008 16:49 WED

| | | |
|---|---|---|
| FAX NUMBER | : | 670 236 2956 |
| NAME | : | USMS D/NMI O5 SAIPAN |

| | | |
|---|---|---|
| NAME/NUMBER | : | 86649515 |
| PAGE | : | 5 |
| START TIME | : | JUN-18-2008 16:49 WED |
| ELAPSED TIME | : | 00' 38" |
| MODE | : | STD ECM |
| RESULTS | : | [ O.K ] |

CNMI DOC

---

ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
     MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   TEL: (670) 236-2980
6
   Attorneys for the United States of America
7
8
                  IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN MARIANA ISLANDS
10
11
   UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 08-00019
12                                  )
             Plaintiff,             )
13                                  )
        vs.                         )   WRIT OF HABEAS CORPUS
14                                  )   AD PROSEQUENDUM
                                    )
15 OSCAR KING,                      )
                                    )       **RECEIVED**
16           Defendant.             )
                                    )         JUN 1 8 2008
17
                                          US MARSHALS SERVICE-CNMI
18 TO:  Department of Public Safety
19      Corrections Facility

20      This Court finds that OSCAR KING, is now in the custody of the Department of Public

21 Safety Corrections Facility, and that said prisoner is required to appear before this Court for

22 arraignment and subsequent Prosecution in the above captioned case

23      **IT IS HEREBY ORDERED** that the CNMI Director of Department of Public Safety or his

24 authorized agent, or any Federal law enforcement agent shall produce OSCAR KING, before this

25 Court on June 19, 2008, at 9:00 a.m., and whenever necessary hereafter to attend court appearances

26 in the above-entitled case and upon completion of said prosecution and/or Court appearances and/or

27 upon further order of the Court, return said prisoner to his place of

28