# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00019-002                                      June 19, 2008
                                                     2:20 p.m.


### UNITED STATES OF AMERICA -vs- OSCAR KING


PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
            MARK HANSON, ATTORNEY FOR DEFENDANT
            OSCAR KING, DEFENDANT

PROCEEDINGS:       INITIAL APPEARANCE / ARRAIGNMENT


Defendant appeared with counsel, Attorney Mark Hanson. Government was represented by Eric O'Malley, Assistant U.S. Attorney.

Myrna Santos was sworn as interpreter/translator of the Mandarin language.

Defense stated that they were ready to proceed with an arraignment hearing.

After review of the defendant's affidavit, Court determined that the defendant did qualify for Court appointed counsel and ordered that Attorney Mark Hanson be appointed Nunc pro tunc for the defendant.

Defendant was sworn and examined as to his ability to understand the proceedings before him. The Court advised the defendant of the charges against him in the indictment and his constitutional rights.

The Court read the indictment to the defendant. The defendant pled **NOT GUILTY** to the charges against him. Court accepted the plea and set the jury trial for **MONDAY, August 25, 2008 at 9:00 a.m.** Pretrial motions shall be filed by **Thursday**, **July 3, 2008**.

The government moved that the defendant remain in custody without bail. Defense moved to file a written motion for a bail hearing at a later date. Court ordered the defendant be held

without bail at this time; without prejudice.

Defense moved that Ms. Myrna Santos be appointed as an interpreter for this case.  Court so ordered.

Defendant was remanded into the custody of the U.S. Marshal.

Adj.  2:45 p.m.

/s/K. Lynn Lemieux, Courtroom  Deputy