MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262
E-mail:      mark@saipanlaw.com

Attorney for *Defendant Oscar King*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO.   08-00019-002 |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF HEARING ON MOTIONS |
| OSCAR KING, | ) |
| Defendant. | ) Date: |
|  | ) Time: |
|  | ) Judge: Hon. Alex R. Munson |

   PLEASE TAKE NOTICE THAT Defendant OSCAR KING, by and through the undersigned, has and does hereby move the Court for Motions to Compel Discovery and To Extend Motions Cut-off Date and that a hearing on Defendant's Motions will be held on _____, _____, 2008 at _____ a.m./p.m. in the above-entitled Court located in Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

   DATED this 2nd day of July, 2008.

/s/ Mark B. Hanson
_____
MARK B. HANSON

Attorney for *Defendant Oscar King*