FILED
Clerk
District Court

JUL - 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

OSCAR KING,

    Defendant.

Criminal Action No. 08-00019-002

Order Setting Hearing

Eric S. O'Malley
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Mark B. Hanson
Attorney at Law
PMB 738, P.O. Box 10000
Saipan, MP 96952

The hearing on Defendant's Motions to Compel Discovery and To Extend Motions Cut-off Date is set for Tuesday, July 8, 2008, at 8:00 a.m.

IT IS SO ORDERED.

DATED this 3rd day of July, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)