FILED
Clerk
District Court

JUL -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-00019-001 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER RE-SCHEDULING |
| | ) | DEFENDANT'S MOTION |
| OSCAR KING, | ) | FOR BAIL |
| | ) | |
| Defendant | ) | |
| | ) | |

DUE TO the unavailability of the proposed third-party custodian until later in the day,

IT IS ORDERED that the bail hearing set for Wednesday, July 9, 2008, at 8:30 a.m. is **re-scheduled to 4:30 p.m. that same day**.

DATED this 7th day of July, 2008.

ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)