# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00019-002                                              July 8, 2008
                                                              8:05 a.m.

**UNITED STATES OF AMERICA -vs- OSCAR KING**

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            RANDY SCHMIDT, LAW CLERK
            LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
            OSCAR KING, DEFENDANT
            MARK HANSON, ATTORNEY FOR DEFENDANT

PROCEEDINGS:   MOTION TO COMPEL DISCOVERY

Defendant was present with Attorney Mark Hanson. Government by Eric O'Malley, AUSA.

Myrna Santos was present as interpreter/translator.

Attorney Hanson reported to the Court that some of the issues had been resolved but that there were still some information that had not been provided and argued his motion. Motion for a continuance to file pretrial motions.

Court granted the continuance to file pretrial motions until July 22, 2008.

Court adjourned at 8:15 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy