FILED
Clerk
District Court

JUL -3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>OSCAR KING, )<br>)<br>Defendant )<br>_____ ) | Criminal No. 08-00019-002<br><br>NOTICE OF ORDER<br>RE DEFENDANT'S<br>MOTIONS TO COMPEL<br>DISCOVERY and TO EXTEND<br>TIME FOR FILING OF PRE-<br>TRIAL MOTIONS |

THIS MATTER came before the court on Tuesday, July 8, 2008, for hearing of defendant Oscar King's omnibus motions to compel discovery and to extend the date for filing of pre-trial motions. Plaintiff appeared by and through its attorney, Assistant U.S. Attorney Eric O'Malley; defendant appeared personally, and by and through his attorney, Mark B. Hanson. Defendant's translator was also present.

AO 72
(Rev. 08/82)

The parties informed the court that discovery had been provided to defendant, but that several matters remained outstanding, including lab and field test results, certain chain-of-custody forms, agent notes and memoranda, the redacted portions of plaintiff's proposed Exhibit 10, and *Giglio* and *Henthorn* material. Plaintiff represented to the court that material which has not yet been provided will be secured, reviewed, and delivered to defendant unless there is an objection or plaintiff is not yet obligated to turn over the material, in which case it will be provided at the proper time. Plaintiff will supply to the court for its review a clean and a redacted version of Exhibit 10. Any *Giglio* and *Henthorn* material will be provided to defendant when due or upon its receipt by plaintiff. Accordingly,

IT WAS ORDERED, based upon the representations of plaintiff regarding outstanding discovery issues, that defendant's motion for two more weeks in which to file pre-trial motions is granted and defendant shall have until 3:30 p.m., Tuesday, July 22, 2008, to file pre-trial motions.

If other discovery issues arise, the parties may approach the court informally on short notice in an effort to resolve them, or file a motion.

DATED this 8th day of July, 2008.

_____
ALEX R. MUNSON
Judge