# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00019-002                                                                    July 9, 2008
                                                                                   4:50 p.m.

### UNITED STATES OF AMERICA  -vs- OSCAR KING

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           OSCAR KING, DEFENDANT
           MARK HANSON, COURT-APPOINTED ATTORNEY FOR DEFENDANT

PROCEEDINGS:   DEFENDANT'S MOTION FOR BAIL

Defendant appeared with counsel Mark Hanson.  Government was represented by Eric O'Malley,  Assistant United States Attorney.  U.S. Probation Officer, Margarita Wonenberg was present.

Myrna Santos, was present as interpreter/translator of the Chamorro language.

Defense called proposed third-party custodian:

**BETIMA VILLAGOMEZ**. DX.

The Court found Betima Villagomez to be qualified as the third-party custodian for defendant and ordered that the defendant be released on the following conditions:

1. That the defendant post $10,000 unsecured Bond;

2. That the defendant be placed in the custody of Betima Villagomez, residing at P.O. Box 665, Tinian, MP  96952;

3. That the defendant submit to pretrial services supervision under the direction of the U.S. Probation Office;

4. That the defendant surrender his passport and not obtain any passport or other travel documents;

5. That the defendant refrain from possessing a firearm, destructive device, or other dangerous weapon, or have them at his residence;

6. That the defendant refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by licensed medical practitioner in the Commonwealth;

7. That the defendant refrain from any use of alcohol and submit to breathalyser testing as instructed by the Pretrial Services Officer;

8. That the defendant submit to any method of testing required by the pretrial services office for determining use of prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

9. That the defendant be restricted to his residence everyday from 6:00 pm to 6:00 am.

10. That the defendant shall participate in the electronic monitoring program and abide by all of the requirements of that program. Further, the defendant shall pay for the cost of the program based on his ability to pay as determined by the pretrial services office or supervising officer.

10. That the defendant shall not leave the islands of Tinian or Saipan without written permission of the court.

Defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

Adjourned at 5:10 p.m.

/s/K. Lynn Lemieux, Courtroom Deputy