F I L E D
Clerk
District Court

JUL 1 7 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 08-00019-002 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SPECIAL REPORT |
| OSCAR M. KING | ) | |
| Defendant. | ) | |
| | ) | |

On June 18, 2008, the defendant, Oscar M. King, was arrested pursuant to a warrant issued by the District of the Northern Mariana Islands. He is charged with Conspiracy to Distribute D-Methamphetamine Hydrochloride and Possession with Intent to Distribute D-Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2.

The defendant appeared for Initial Appearance Hearing on June 19, 2008. Through Defense Attorney Mark Hansen, he pled not guilty to the charges. The court accepted the plea and set jury trial for August 25, 2008. On July 11, 2008, the defendant appeared for a Bail Hearing. The court released the defendant on a $10,000 unsecured bond and to the third party custody of Betima Villagomez, the defendant's daughter. He was also released on pretrial supervision with conditions to include: surrender passport and not obtain any passport; refrain from possessing a firearm or other dangerous weapon; not leave the Commonwealth of the Northern Mariana Islands without written permission of the court; refrain from any alcohol; refrain from any use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing; and participate in home confinement curfew and be restricted to his residence from 6:00 pm to 6:00 am everyday, and submit to electronic monitoring under the direction of the U. S. Probation Office. On the same day he traveled to Tinian to stay with his third party custodian.

Special Report
KING, Oscar M.
Page 2

    On July 15, 2008, this officer conducted a home visit at the residence of Betima Villagomez and met with the defendant. The home and the telephone met the conditions for electronic monitoring and a hookup was conducted. The defendant's feet and ankles were swollen and the transmitter, normally placed on the defendant's ankle, was fitted on his left wrist. Two hours later, however, the defendant's wrist began to swell and the transmitter became tight around his wrist. The defendant then provided a note from his doctor, Terri H. Clawson, who wrote "Mr. Oscar King is a diabetic and any device that is attached so that it touches his skin and may cause rubbing is contraindicated as he has arterial and venous insufficiency and ulcerates easily. Because he is diabetic, sores heal very slowly. He is already suffering insufficiency and skin breakdown on his fourth and fifth toes on his right foot, which may necessitate amputation if we cannot reverse the process." Due to the constrictive condition of the transmitter on the defendant's wrist, this officer removed the transmitter.

    Based on the above information, this officer requests that the condition of electronic monitoring be removed from the defendant's pretrial release conditions.

    RESPECTFULLY submitted this _17th_ day of July, 2008.

                                  Respectfully submitted,

                                  ROSSANNA VILLAGOMEZ-AGUON
                                Chief U.S. Probation Officer

                By:       _[signature]_
                                MARGARITA DLG. WONENBERG
                                U.S. Probation Officer

Reviewed by:

_[signature]_
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    Eric O'Malley, Assistant United States Attorney
       Mark Hanson, Defense Counsel
       File