FILED
Clerk
District Court

JUL 1 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-00019-002 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER ALLOWING |
| | ) | REMOVAL OF ELECTRONIC |
| OSCAR KING, | ) | MONITORING DEVICE and |
| | ) | LIFTING THE WEARING |
| Defendant | ) | THEREOF AS A CONDITION |
| | ) | OF PRE-TRIAL RELEASE |

BASED UPON the July 17, 2008, Special Report of U.S. Probation Officer Margarita DLG. Wonenberg, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that defendant's electronic monitoring device may be removed, given his medical condition, and that that condition of his pre-trial release is lifted unless and until further order of the court.

DATED this 18th day of July, 2008.

_____
ALEX R. MUNSON
Judge