MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262
E-mail:        mark@saipanlaw.com

Attorney for *Defendant Oscar King*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.    08-00019-002 |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO EXTEND MOTIONS CUT-OFF DATE |
| OSCAR KING, ) | |
| Defendant. ) | Date:  none requested |
| ) | Time:  none requested |
| ) | Judge: Hon. Alex R. Munson |

    Pursuant to an order of the Court dated July 1, 2008, the present pre-trial motions cut-off date for Oscar King is today, Tuesday, July 22, 2008. However, the Government is still in the process of compiling materials to supplement its disclosures to defendants. Accordingly, in order to allow the Government sufficient time to produce additional discovery, and then to allow Defendant Oscar King sufficient time to review the supplement discovery and to prepare any appropriate pre-trial motions, the parties HEREBY STIPULATE to request that the Court extend the presently scheduled cut-off date for Mr. King's pretrial motions to August 5, 2008. The parties note that the co-defendant, Guihua King, has been given until August 5, 2008 to file pre-trial motions.

1   SO STIPULATED this 22${}^{nd}$ day of July, 2008.

2

3   /s/ Eric S. O'Mally                              /s/ Mark B. Hanson

4   _____          _____
    ERIC S. O'MALLY                                  MARK B. HANSON
5   Assistant United States Attorney                 Attorney for Defendant Oscar King

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27