F I L E D
Clerk
District Court

JUL 23 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08-00019-002 |
| )  | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER APPROVING |
| ) | STIPULATION TO EXTEND |
| OSCAR KING, ) | TIME FOR FILING PRE- |
| ) | TRIAL MOTIONS |
| Defendant ) | |

BASED UPON the July 22, 2008, stipulation of the parties, and good cause appearing therefrom; NOW THEREFORE,

IT IS ORDERED that the cut-off date for defendant to file pre-trial motions be and hereby is extended to **3:30 p.m., Tuesday, August 5, 2008**, the same extension previously given to co-defendant.

DATED this 23rd day of July, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)