# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00019-001                                      August 21, 2008
                                                     9:55 a.m.

**UNITED STATES OF AMERICA -vs- OSCAR KING**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           OSCAR KING, DEFENDANT
           MARK HANSON, ATTORNEY FOR DEFENDANT

PROCEEDINGS:  WAIVER OF SPEEDY TRIAL

Defendant was present with court appointed counsel, Attorney Mark Hanson. Government by Eric O'Malley, AUSA.

Myrna Santos was sworn as interpreter/translator of the Chamorro language.

Defendant was sworn and signed the Waiver Of Speedy Trial pleading in open court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **October 31, 2008** and that jury trial would commence on **October 20, 2008 at 9:00 a.m.** in this courtroom.

Court ordered that the defendant be allowed to remain at liberty under all the same terms and conditions as previously set.

                                              Court adjourned at 10:05 a.m.


                                              /s/K. Lynn Lemieux, Courtroom Deputy